83 A.3d 405

IN THE MATTER OF ROGER C. BERNHAMMER, AN
ATTORNEY AT LAW (ATTORNEY NO. 015321996).

February 12, 2014.

## ORDER

The Office of Attorney Ethics having filed with the Court a
petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking
the immediate temporary suspension from practice of **ROGER C.
BERNHAMMER of RINGWOOD,** who was admitted to the bar
of this State in 1996, and good cause appearing;

It is ORDERED that **ROGER C. BERNHAMMER** is tempo-
rarily suspended from the practice of law, effective immediately
and until the further Order of this Court; and it is further

ORDERED that **ROGER C. BERNHAMMER** be restrained
and enjoined from practicing law during the period of his suspen-
sion; and it is further

ORDERED that all funds, if any, currently existing or hereinaf-
ter deposited in any New Jersey financial institution maintained
by **ROGER C. BERNHAMMER** pursuant to *Rule* 1:21–6, be
restrained from disbursement except on application to this Court,
for good cause shown, and shall be transferred by the financial
institution to the Clerk of the Superior Court, who is directed to
deposit the funds in the Superior Court Trust Fund pending the
further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a
permanent part of the respondent's file as an attorney at law of
this State; and it is further

ORDERED that **ROGER C. BERNHAMMER** comply with
*Rule* 1:20–20 dealing with suspended attorneys.